AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dow, Dennis R. | US Bankruptcy Ct-W Dist MO | 05/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Charles E Whittaker United States Courthouse
400 E 9th St, Room 6562
Kansas City, MO 64106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director, Secretary, Executive Committee Member | American Bankruptcy Institute |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dow, Dennis R.** | 05/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

**✔** NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Trinity Management LLC - Salary reported on Form W-2 |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankuptcy Institute | February 27, 2019-February 28, 2019 | Las Vegas, NV | Executive Committee Meeting | Transportation |
| 2. | American College of Bankruptcy | March 14, 2019-March 16, 2019 | SanDiego, CA | Indcution Ceremony | Transportation, Meals & Lodging |
| 3. | The Missouri Bar | March 20, 2019 | Columbia, MO | 2019 Annual Bankuptcy Institute | Meals & Lodging |
| 4. | American Bankruptcy Institute | April 10, 2019-April 14, 2019 | Washington, DC | Annual Spring Meeting | Transportation & Meals |
| 5. | National Conference of Bankruptcy Judges | July 10, 2019 | New York, NY | eLearning Program | Transportation & Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dow, Dennis R.** | 05/14/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | National Association of Bankruptcy Trustees | August 22, 2019-August 23, 2019 | Denver, CO | 2019 Annual Conference | Transportation & Meals |
| 7. | American Bankruptcy Institute | October 13, 2019-October 14, 2019 | Chicago, IL | Hon. Eugene R. Wedoff 7th Circuit Consumer Bankruptcy Conference | Transportation & Meals |
| 8. | National Conference of Bankruptcy Judges | October 30, 2019-November 2, 2019 | Washington, DC | Annual Conference | Transportation & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dow, Dennis R.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. United Missouri Bank (UMB) Accounts | A | Interest | L | T | | | | | |
| 2. The Lincoln National Life Ins Co Variable Life Insurance Policies: (H) | | | | | | | | | |
| 3. -WMC Core Equity Opp | A | Dividend | | | Redeemed | 01/07/19 | J | A | |
| 4. -American Funds Growth Fund | A | Dividend | | | Redeemed | 01/07/19 | J | A | |
| 5. -American Funds Gro-Inc | A | Dividend | | | Redeemed | 01/07/19 | J | A | |
| 6. -MFS Research Intl | A | Dividend | | | Redeemed | 01/07/19 | J | A | |
| 7. -Lmis Say SmCap Core | A | Dividend | | | Redeemed | 01/07/19 | J | A | |
| 8. -MFS Value Portfolio | A | Dividend | | | Redeemed | 01/07/19 | J | A | |
| 9. -Am Fds Intl Fund (C2) | A | Dividend | J | T | Buy | 01/07/19 | J | | |
| 10. -Del VIP REIT Series (Std Cls) | A | Dividend | J | T | Buy | 01/07/19 | J | | |
| 11. -Del VIP Smid Cap Core Std Cls | A | Dividend | J | T | Buy | 01/07/19 | J | | |
| 12. -MFS VIT Total Return Series IC | A | Dividend | J | T | Buy | 01/07/19 | J | | |
| 13. -MFS VIT Utilities Series IC | A | Dividend | J | T | Buy | 01/07/19 | J | | |
| 14. -PIMCO VIT Com RR Strt Port AC | A | Dividend | J | T | Buy | 01/07/19 | J | | |
| 15. -Del VIP Emrg Mkt Srs (Std Cls) | A | Dividend | J | T | Buy | 01/07/19 | J | | |
| 16. -LVIP SSGA S&P 500 Index SC | A | Dividend | J | T | Buy | 01/07/19 | J | | |
| 17. -Fid VIP Mid Cap Port SVC | A | Dividend | J | T | Buy | 01/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | The Metropolitan Life Insurance Co Whole Life Insurance Policies | B | Dividend | M | T | | | | | |
| 19. | Investment Account #1-Fidelity (H) | | | | | | | | | |
| 20. | -Fidelity cash | A | Interest | K | T | | | | | |
| 21. | -Columbia Seligman Com and Info CL I2 | A | Dividend | L | T | | | | | |
| 22. | -American Europacific Growth Fund F3 | A | Dividend | K | T | | | | | |
| 23. | -The Growth Fund of America F3 | A | Dividend | | | Sold | 12/06/19 | J | C | |
| 24. | -Natixis US Equity Opportunities CL Y | A | Dividend | K | T | | | | | |
| 25. | -The New Economy Fund F3 | A | Dividend | K | T | | | | | |
| 26. | -American Small Cap World Fund F3 | A | Dividend | J | T | | | | | |
| 27. | -Templeton Developing Markets Ttrust R6 | A | Dividend | J | T | | | | | |
| 28. | -Fidelity Momentum Factor ETF | A | Dividend | | | Sold (part) | 01/07/19 | J | A | |
| 29. | | | | | | Sold (part) | 03/27/19 | J | A | |
| 30. | | | | | | Sold (part) | 10/02/19 | J | A | |
| 31. | | | | | | Sold | 11/07/19 | J | A | |
| 32. | -Proshares Trust S&P 500 Divid | A | Dividend | J | T | Buy | 11/07/19 | J | | |
| 33. | Rollover IRA #3-Fidelity (H) | | | | | | | | | |
| 34. | -Blackrock Commodity Strategies Fund CL I | B | Dividend | | | Buy (add'l) | 02/15/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dow, Dennis R.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold | 07/22/19 | L | A | |
| 36.   -Delaware Emerging Mkts FD Institut CL | A | Dividend | | | Sold | 05/15/19 | M | A | |
| 37.   -Oakmark Intl Investor CL | B | Dividend | | | Sold | 05/19/19 | M | A | |
| 38.   -Eaton Vance Floating Rate Class I | D | Dividend | | | Sold | 05/09/19 | M | A | |
| 39.   -Morgan Stanley Instl High Yield CL I | C | Dividend | | | Sold | 07/22/19 | L | A | |
| 40.   -PIMCO Income Fund Institutional Fund | C | Dividend | | | Sold | 08/15/19 | L | A | |
| 41.   -Fidelity MSCI Real Estate Index ETF | C | Dividend | | | Sold | 04/04/19 | M | D | |
| 42.   -Ishares Core S&P Mid Cap ETF | B | Dividend | L | T | Buy<br>(add'l) | 05/15/19 | J | | |
| 43. | | | | | Sold<br>(part) | 07/22/19 | K | C | |
| 44.   -Ishares Core S&P US Growth ETF | B | Dividend | | | Sold | 05/15/19 | M | E | |
| 45.   -Ishares Core S&P Small Cap ETF | A | Dividend | L | T | Buy<br>(add'l) | 08/15/19 | J | | |
| 46. | | | | | Buy<br>(add'l) | 07/22/19 | K | | |
| 47. | | | | | Sold<br>(part) | 05/15/19 | M | A | |
| 48.   -Ishares Edge MSCI Min Vol USA ETF | C | Dividend | M | T | Buy<br>(add'l) | 08/15/19 | K | | |
| 49. | | | | | Buy<br>(add'l) | 07/22/19 | L | | |
| 50. | | | | | Sold<br>(part) | 05/15/19 | M | A | |
| 51.   -Ishares Trust Core Divid Gwth | C | Dividend | | | Sold | 05/15/19 | M | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dow, Dennis R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Fidelity Government Cash Reserves | A | Dividend | K | T | | | | | |
| 53.   -Fidelity MSCI Finls Index ETF | B | Dividend | | | Sold | 05/15/19 | L | A | |
| 54.   -Fidelity MSCI Heatlh Care Index ETF | B | Dividend | | | Sold | 04/19/19 | M | A | |
| 55.   -Fidelity MSCI Indl Index ETF | A | Dividend | | | Sold | 05/15/19 | K | A | |
| 56.   -Fidelity MSCI Information Technology Index ETF | B | Dividend | M | T | Buy (add'l) | 07/22/19 | J | | |
| 57. | | | | | Sold (part) | 05/15/19 | J | A | |
| 58.   -Fidelity Momentum Factor ETF | A | Dividend | | | Buy (add'l) | 05/15/19 | K | | |
| 59. | | | | | Sold (part) | 07/22/19 | J | A | |
| 60. | | | | | Sold | 11/07/19 | L | B | |
| 61.   -Ishares Trust Core MSCI EAFE ETF | D | Dividend | N | T | Buy (add'l) | 08/15/19 | K | | |
| 62. | | | | | Buy (add'l) | 07/22/19 | K | | |
| 63. | | | | | Buy (add'l) | 05/15/19 | M | | |
| 64. | | | | | Buy (add'l) | 04/04/19 | L | | |
| 65. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 66.   -Ishares Inc Core MSCI Emergin Mkts ETF | C | Dividend | M | T | Buy (add'l) | 08/15/19 | J | | |
| 67. | | | | | Buy (add'l) | 05/15/19 | L | | |
| 68. | | | | | Buy (add'l) | 04/04/19 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 70.   -Ishares Core S&P Total US Stock Market ETF | C | Dividend | M | T | Buy | 04/16/19 | M | | |
| 71. | | | | | Buy<br>(add'l) | 05/15/19 | L | | |
| 72. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 73.   -Ishares Core S&P 500 ETF | D | Dividend | N | T | Buy | 05/15/19 | N | | |
| 74. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 75.   -Proshares Trust S&P 500 Divid Aristocrats ETF | B | Dividend | L | T | Buy | 11/07/19 | L | | |
| 76.   -Fidelity Low Duration Bond Factor ETF | B | Dividend | L | T | Buy | 05/15/19 | L | | |
| 77. | | | | | Buy<br>(add'l) | 07/22/19 | J | | |
| 78.   -Ishares TR 20 YR TR BD ETF | A | Dividend | K | T | Buy | 07/22/19 | K | | |
| 79.   -Ishares TR MBS ETF | B | Dividend | L | T | Buy | 07/22/19 | K | | |
| 80. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 81.   -Ishares TR US TREAS BD ETF | C | Dividend | M | T | Buy | 05/15/19 | M | | |
| 82. | | | | | Buy<br>(add'l) | 07/22/19 | J | | |
| 83.   -Ishares IBOXX Investment Grade Corporate Bond ETF | B | Dividend | | | Buy | 05/15/19 | L | | |
| 84. | | | | | Sold | 07/22/19 | L | C | |
| 85.   Section 529 Plan #1 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Dennis R. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. American Funds College 2027 Fund 529C | A | Dividend | J | T | | | | | |
| 87. Section 529 Plan #2 (H) | | | | | | | | | |
| 88. American Funds College 2030 Fund 529C | A | Dividend | J | T | | | | | |
| 89. Section 529 Plan #3 (H) | | | | | | | | | |
| 90. American Funds College 2033 Fund 529C | A | Dividend | J | T | | | | | |
| 91. Section 529 Plan #4 (H) | | | | | | | | | |
| 92. American Funds College 2033 Fund 529C | A | Dividend | J | T | | | | | |
| 93. Roth IRA #1-Fidelity (H) | | | | | | | | | |
| 94. -Fidelity Government Cash Reserves | A | Dividend | J | T | | | | | |
| 95. -Fidelity MSCI Information Technology Index ETF | A | Dividend | J | T | | | | | |
| 96. -Fidelity Momentum Factor ETF | A | Dividend | | | Sold | 11/07/19 | J | A | |
| 97. -Ishares Core S&P 500 ETF | A | Dividend | J | T | Buy (add'l) | 08/27/19 | J | | |
| 98. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 99. -Ishares Core S&P Mid Cap ETF | A | Dividend | J | T | | | | | |
| 100. -Ishares Core S&P US Growth ETF | A | Dividend | J | T | | | | | |
| 101. -Ishares Core S&P Small Cap E | A | Dividend | J | T | | | | | |
| 102. -Ishares Trust Core MSCI EAFE ETF | A | Dividend | J | T | Buy (add'l) | 08/27/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dow, Dennis R.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 104.  -Ishares Inc Core MSCI Emerging Mkts ETF | A | Dividend | J | T | | | | | |
| 105.  -Ishares Core S&P Total US Stock Market | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 106.  -Ishares Edge MSCI Min Vol USA ETF | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 107.  -Proshares Trust S&P 500 Divid Aristocrats ETF | A | Dividend | J | T | Buy | 11/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dow, Dennis R.** | 05/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The variable life insurance policies previously labled as the The New England Variable Life Insurance Policies were renamed as The Lincoln National Life Ins Co Variable Life Insurance Policies. There was no change in the actual policies in force in 2018 and 2019, this was simply a clarification of the naming for these life insurance policies.

2. The Fidelity MSCI Utils Index ETF, Ishares Trust NASDAQ Biotech, Ishares TR EAFE Sml CP ETF, Ishares Trust Currency Hedged MSCI EAFE ETF, Ishares TR JP Mor EM MK, ETF, Ishares TR Fltg Rate NT ETF, Ishares TR Core Total USD, Ishares TR S&P US Pfd Stk, Fidelity Treasury Money Market Fund, and Matthews India Fund Instituional included within the header Investment Account #1-Fidelity, were sold in 2018 and, therefore, the investments do not appear in the 2019 report.

3. The Fidelity MSCI Real Estate Index ETF, Fidelity MSCI Healthcare Index ETF, Ishares Trust Core Divid Gwth, Fidelity MSCI Finls Index ETF, Matthews India Fund Institutional, Harding Loevner Intl Equity Port Instl, and Columbia Emerging Markets Fund C1 12 included within the header Roth IRA #1-Fidelity, were sold in 2018 and, therefore, the investments do not appear in the 2019 report.

4. Trust Beneficial Interest #1 was closed in 2018 and, therefore, this investment does not appear in the 2019 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dennis R. Dow**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544